NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――――

**CROSSROADS SYSTEMS, INC.,**
*Appellant*

v.

**ORACLE CORPORATION, NETAPP INC.,**
*Appellees*

―――――――――――――

2016-1930, -1931

―――――――――――――

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-01207 and IPR2014-01209.

-------------------------------------------------------------------------------

**CROSSROADS SYSTEMS, INC.,**
*Appellant*

v.

**CISCO SYSTEMS, INC., QUANTUM CORP., ORACLE CORPORATION, DOT HILL SYSTEMS CORPORATION,**
*Appellees*

―――――――――――――

2016-2017, -2026, -2027

2  CROSSROADS SYSTEMS, INC. v. CISCO SYSTEMS, INC.

———————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-01226, IPR2015-00825, IPR2015-00852, IPR2015-00854, IPR2014-01463, and IPR2014-01544.

———————

# O R D E R

The above captioned appeals appear related.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Appeal Nos. 16-2017, 16-2026, and 16-2027 are consolidated, and thus one set of briefs for the three appeals should be filed. The revised official caption is reflected above.

(2) Appeal Nos. 16-1930, -1931 shall be considered companion cases to 16-2017, -2026, -2027. The appeals will be assigned to the same merits panel.

(3) The appellant's opening briefs are due no later than July 11, 2016.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31