NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CROSSROADS SYSTEMS, INC.,**
*Appellant*

v.

**ORACLE CORPORATION, NETAPP INC.,**
*Appellees*

---

2016-1930, -1931

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-01207 and IPR2014-01209.

---

**ON MOTION**

---

**O R D E R**

Appellees move for a 45-day extension of time, until September 22, 2016, to file their response brief and state that Crossroads Systems, Inc. will not agree to any extension and opposes the motion.

Upon consideration thereof,

2　　CROSSROADS SYSTEMS, INC. v. ORACLE CORPORATION

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s25